FILED

11 SEP 19 PM 12:11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

1  YOUR NAME
2  YOUR ADDRESS
   YOUR TELEPHONE NUMBER
3  AGUSTIN MUÑOZ
4  2806 FAIRMOUNT AV #6
5  SAN DIEGO CA 92105
6
7  (619) 280-4280

8           UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA
              (Must start on line 8 or below)
10

11
12  Agustin Muñoz )                11CV2168 H JMA
13        -v-     )          Case No. ~~27 2010-00004045 CU PO-CTL~~
14               )                 (To be assigned at time of filing)
15  Metropolitan Transit System )
16                                COMPLAINT FOR (Brief description of document)

17
18  Plaintiff alleges: Tramatized, pyhiscal abuse, I'm
19  Fighting for civil rights. I'm asking For
20
21  $10,0000.00

28  ::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)